FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 FEB 23 PM 3:23
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 412-113 |
| COREY S. KELLY ) | |
| ) | |
| **Defendant** ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant COREY S. KELLY without prejudice.

SO ORDERED, this 23rd day of February, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA